AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel Lee Matthews<br><br>*Defendant(s)* | Case No. 2:25-MJ-104 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUL - 7 2025
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 5, 2025__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas Newton, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 7/7/25

_____
Judge's signature

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:25-MJ-104

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thomas Newton, being sworn, depose and state as follows:

1) I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA). I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a police officer with the Amarillo Police Department (APD) in June 2005. I was assigned to the Amarillo Police Department Narcotics unit from 2022 until my current assignment as a TFO with DEA's ARO. In connection with my duties and responsibilities as a Task Force Officer, I have received extensive training in narcotics trafficking investigations, including but not limited to conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, and executing arrest and search warrants.

2) This affidavit is made in support of a complaint and arrest warrant for Daniel Lee MATTHEWS. I am familiar with the information in this affidavit based on my own personal investigation and conversations with other law enforcement officers involved in this investigation.

3) On or about July 5, 2025, a uniformed Amarillo Police Department (APD) patrol officer conducted a traffic stop of a vehicle in Potter County, Texas, after observing a violation of failing to signal within an appropriate distance, which is a violation of the Texas Transportation Code. During the stop, Daniel Lee MATTHEWS was identified as the driver of the vehicle. The APD officer observed 9mm rounds in plain view in the cab of the truck and obtained consent to search the vehicle. The APD officer had prior knowledge that MATTHEWS is, and admits to being, a convicted felon and that MATTHEWS is a registered sex offender. The APD officer conducted a Terry frisk of MATTHEWS and felt an object around his belly and what seemed to be the grip of a pistol.

4) The officer secured MATTHEWS and the pistol was removed from his person. The firearm is described as a Ruger Security 9 with serial number 383-79987. MATTHEWS had the Ruger Security 9 in a bellyband holster that wrapped around his midsection, allowing for discreet carry. The Ruger Security 9 was loaded with one (1) round in the chamber and fifteen (15) rounds in the magazine.

5) The APD officer was able to find previous felony convictions for MATTHEWS. In February 2001, MATTHEWS was found guilty of Assault Causing Bodily Injury Family Member Enhances, Texas Penal Code 22.01(b)(2), out of Hale County, Texas. In April 2025, MATTHEWS was found guilty of Fail to Comply Sex Offender Duty to Register Life, Code of Criminal Procedure 62.102(b)(2), out of Potter County, Texas. Additionally, in October

2008, in New Mexico, MATTHEWS was convicted of Criminal Sexual Penetration 3rd degree.

6) MATTHEWS was transported to the Amarillo Police Department for an interview. He was read his *Miranda* rights while in a recorded interview room. MATTHEWS agreed to discuss the firearm found on his person. Due to his known history of selling and using methamphetamine, he was also interviewed regarding drug sales in the Amarillo, Texas area.

7) During the interview, MATTHEWS claimed that he has purchased about 1 ounce of methamphetamine weekly since 2021 or 2022, obtaining his meth from two different sources. MATTHEWS stated that he uses some of the methamphetamine for himself and sells a portion to make extra money. MATTHEWS claimed that the last time he used methamphetamine was the previous day.

8) When asked about the firearm, Ruger Security 9, MATTHEWS states that he has the pistol for protection because he has made people mad in the past, and people have made threats against him. MATTHEWS bought the pistol from an associate in March 2025 for $200. MATTHEWS claims he was in a rush and forgot to take the pistol off before leaving the house.

9) Research was conducted on the Ruger Security 9 handgun. This specific firearm is manufactured in Prescott, Arizona and the headquarters for Ruger is located in Southport, Connecticut. This handgun was not manufactured in the State of Texas and has affected interstate commerce.

_____
Thomas Newton
DEA Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

__7/7/25__ at __Amarillo, TX__
Date                City and State

Lee Ann Reno U.S. Magistrate Judge          _____
Name and Title of Judicial Officer                Signature of Judicial Officer

_____
Anna Marie Bell
Assistant U.S. Attorney